IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFERY LAMAR                                                                                                    PLAINTIFF
ADC # 158595

v.                                       Case No. 3:18-cv-00161-KGB-PSH

TANNER HILL, *et al*.                                                                                         DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendation filed by United States Magistrate Judge Patricia S. Harris (Dkt. No. 7). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 7). Accordingly, the Court dismisses without prejudice plaintiff Jeffery Lamar's complaint and amended complaint (Dkt. Nos. 1, 6). The Court finds that dismissal of this action constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 5th day of April, 2019.

Kristine G. Baker
United States District Judge