IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JEFFERY LAMAR**                                                **PLAINTIFF**
**ADC # 158595**

v.                      Case No. 3:18-cv-00161-KGB-PSH

**TANNER HILL,** *et al*.                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Jeffery Lamar's complaint and amended complaint are dismissed without prejudice.

It is so adjudged this 5th day of April, 2019.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge